IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:09-cr-00224-04 WBS |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | **APPOINTING COUNSEL** |
| vs. | ) | |
| | ) | |
| MIGUEL RUIZ MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to General Order No. 546 and the provisions of the Criminal Justice Act, 18 U.S.C. §§ 3006A(a)(1) and (c), and in accordance with the retroactive application of the United States Sentencing Commission's Amendment 782, CJA Panel attorney, John P. Balazs, is hereby appointed effective, November 9, 2015, the date the Office of the Federal Defender first contacted him.

Dated:  January 4, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER APPOINTING COUNSEL          1