John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
MIGUEL RUIZ MARTINEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL RUIZ MARTINEZ,<br><br>Defendant. | No. 2:09-CR-0224-04 WBS<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE RE: MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>Hon. William B. Shubb |

Defendant, MIGUEL RUIZ MARTINEZ, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate to extend the briefing schedule regarding defendant's §3582(c)(2) motion as follows:

| | |
|---|---|
| Defendant's Amended Motion Due: | March 18, 2016 |
| Government's Response Due: | April 15, 2016 |
| Defendant's Reply Brief Due: | April 22, 2016 |

This request is made because the defendant needs additional time to obtain and review documents and prepare an amended motion. Defendant's projected release date is 9/2/17.

Dated: January 27, 2016                             Dated:   January 27, 2016

BENJAMIN B. WAGNER
United States Attorney


 /s/ *Jason Hitt*                                           /s/*John Balazs*
JASON HITT                                          JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                              Attorney for Defendant
UNITED STATES OF AMERICA                            MIGUEL RUIZ MARTINEZ


**ORDER**

IT IS SO ORDERED.

Dated: January 27, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE