John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
MIGUEL RUIZ MARTINEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL RUIZ MARTINEZ,<br><br>Defendant. | No. 2:09-CR-0224-04 WBS<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE RE: MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>Hon. William B. Shubb |

Defendant, MIGUEL RUIZ MARTINEZ, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate to extend the briefing schedule regarding defendant's §3582(c)(2) motion as follows:

Defendant's Amended Motion Due:　　　　　　　April 22, 2016

Government's Response Due:　　　　　　　　　May 20, 2016

Defendant's Reply Brief Due:　　　　　　　　　May 27, 2016

This request is made because the defendant needs additional time to obtain and review documents and prepare an amended motion. Defendant's projected release date is 9/2/17.

Dated: March 13, 2016                          Dated:   March 13, 2016

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Jason Hitt*                              /s/*John Balazs*
JASON HITT                                     JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                         Attorney for Defendant
UNITED STATES OF AMERICA                       MIGUEL RUIZ MARTINEZ

**ORDER**

IT IS SO ORDERED.

Dated: March 14, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE